UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CR-20188-MOORE

UNITED STATES OF AMERICA,

vs.

ALLEN JONES,

     Defendant.

_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

**THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant, Allen Jones (ECF No. 44).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 46, 51). Counsel represented that addition discovery materials were expected to be turned over and would need to be reviewed with Mr. Jones. Three subsequent status conferences were conducted and finally, an evidentiary hearing was scheduled for November 10, 2021, by which time defense counsel expected to have had the necessary opportunity to review all discovery materials, including body camera video, with Mr. Jones (ECF No. 57).

Following entry of the Order setting the hearing, Defendant, by and through appointed counsel, has filed his Notice of Admission (ECF No. 58). Defendant states his intention to admit the violations charged at the final hearing before Judge Moore, and requests cancellation of the hearing before the undersigned.

Accordingly, and upon Defendant's Notice, it is the recommendation of the undersigned

1

that the Court accept Defendant's admission of guilt and find him guilty of the two Supervised Release Violations as charged.

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 8th day of November, 2021.

 

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:    The Honorable K. Michael Moore
       Counsel of record

---

[1] The period to object herein is shortened, as Defendant has expressed his desire to appear before Judge Moore for his final revocation hearing.